IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Garr, Darlene L

Printed: 2/19/08

Case Number:  07 B 16762
Judge:  Wedoff, Eugene R
Filed:  9/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 13, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 870.00 |  |
| Secured: |  | 140.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 7.99 |
| Other Funds: |  | 722.01 |
| Totals: | 870.00 | 870.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 4,041.36 | 140.00 |
| 3. | HomEq Servicing Corp | Secured | 66,502.24 | 0.00 |
| 4. | Internal Revenue Service | Priority | 789.54 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 31.36 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 10.10 | 0.00 |
| 7. | Nicor Gas | Unsecured |  | No Claim Filed |
| 8. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 71,374.60 | $ 140.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.99 |
|  | $ 7.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

